ADOPTION OF: A.W.F. etc.

**Appeal of: J.E.M., father**

**253 WDA 2017**

Superior Court of Pennsylvania.

6/28/2017

2016–553 IVT, 2016–554 IVT (Cambria)

Affirmed

---

IN RE: ADOPTION OF C.L.V. a Minor,

**Appeal of: S.H.**

**254 WDA 2017**

Superior Court of Pennsylvania.

06/28/2017

No. 42–16–0112 (McKean)

Affirmed

---

COM.

v.

**WOODSON, R.**

**2444 EDA 2015**

Superior Court of Pennsylvania.

06/29/2017

CP–51–CR–0003786–2014, (Philadelphia) (Philadelphia)

Withdrawal of Counsel Denied

---

COM.

v.

**METZ, C.**

**3094 EDA 2015**

Superior Court of Pennsylvania.

06/29/2017

CP–51–CR–0002989–2010 (Philadelphia)

Affirmed

---

COM.

v.

**ELLIOTT, D.**

**3132 EDA 2015**

Superior Court of Pennsylvania.

06/29/2017

CP–51–CR–0011272–2009 (Philadelphia)

Affirmed